IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:11-CV-493

| | |
|---|---|
| NICOLA WATSON-JOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**AGREED ORDER TO**
**SUBSTITUTE PROPER PARTY DEFENDANT**

Now before the Court is defendant's Consent Motion to Substitute Proper Party Defendant, and having considered the Motion, including the consent of plaintiff, and it appearing that Bank of America, N.A., is the proper party defendant in this action,

IT IS ORDERED that Bank of America, N.A., be and hereby is substituted as the appropriate party defendant in the above-captioned action.

Entered this the 6th day of March 2012.

_____
Judge